# UNITED STATES DISTRICT COURT
for the
USD ~~Middle~~ District of Tennessee
middle Division

James D. Smith
Mark Montano
Howard Larkan
MR Lenard

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Well Path. KMA. KARA. MCAJa

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: James D Smith
   All other names by which you have been known: N/A
   ID Number: A00035063S
   Current Institution: Elpaso County Jail
   Address: CJC 2739 E. Las Vegas St
   Colorado Springs, CO 80906

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Wellpath CEO
   Job or Title (if known): CEO
   Shield Number:
   Employer: Wellpath
   Address: 3926 Muffrees buro RD
   Nashville, TN
   [ ] Individual capacity  [X] Official capacity

   Defendant No. 2
   Name: Kia
   Job or Title (if known): Charge nurse
   Shield Number:
   Employer: Wellpath
   Address: 3426 Muffrees buro
   Nashville, TN
   [X] Individual capacity  [ ] Official capacity

Defendant No. 3
    Name: Kara
    Job or Title (if known): Nurse
    Shield Number:
    Employer: Well Path
    Address: 3926 Murfreesboro RD
    City: Nashville    State: TN    Zip Code:
    [X] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name: McKayla
    Job or Title (if known): Nurse
    Shield Number:
    Employer: Well Path
    Address: 3926 Murfreesboro RD
    City: Nashville    State: TN    Zip Code:
    [X] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

         [ ] Federal officials (a *Bivens* claim)

         [X] State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

A.D.A. ACT

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*N/A*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*ADA Act*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*From June 16th 2022 - June 19th 2023 They left me laying in my own feesic for hours at a time every day. And reffused my medication*

C. What date and approximate time did the events giving rise to your claim(s) occur?

06/16/22 - 06/19/23

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Nurses, RNa, ARA & mchayla continued to Niglect my needs Daily. They Reffuse to help me And Malicious Acts twords me Accured Almost Daily

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Hospitalized For A Broken Hip
Chest pains.
loss of sight in Right Eye

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

40 million Dollars
40 years Imprisonment For All Defendents.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Elpaso County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

([X] No)

[ ] Do not know

If yes, which claim(s)?

Name: James D. Smith
Admit #: 00035695

Criminal Justice Center
2739 E Las Vegas Street
Colorado Springs, CO 80906

RECEIVED
JUN 28 2023
U.S. District Court
Middle District of TN

DENVER CO 802
20 JUN 2023 PM 4 L

INMATE MAIL

NEOPOST     FIRST-CLASS MAIL
06/20/2023
US POSTAGE $000.60⁰

ZIP 80906
041M11284826

United STATE District Court
Clerk of Court
719 Church Street
Nashville Tennessee
37208